# Order

Michigan Supreme Court
Lansing, Michigan

June 2, 2021

162431

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DEVIN DEVEON SIMS,
        Defendant-Appellant.

SC: 162431
COA: 354971
Wayne CC: 15-008989-FC

_____/

On order of the Court, the application for leave to appeal the December 17, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

CAVANAGH, J. (*concurring*).

I concur with this Court's denial order. I note, however, that the defendant secured an affidavit from a key prosecution witness after the trial court denied his motion for relief from judgment. As this evidence was not considered by the trial court, it is not properly before this Court on appeal. I write separately simply to point out that our denial order does not preclude the defendant from filing a successive motion for relief from judgment in the trial court asserting that he has "a claim of new evidence that was not discovered before" he filed the instant motion for relief from judgment. MCR 6.502(G)(2).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



t0526

Clerk